<div style="float:left">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7
8  DAVID GILFORD,                              No. C 09-3311 SI (pr)
9         Petitioner,                          **JUDGMENT**
10    v.
11 R. K. WONG, warden,
12        Respondent.
13   _____/
14     This action is dismissed for failure to state a claim upon which habeas relief may be
15 granted.
16
17     IT IS SO ORDERED AND ADJUDGED.
18
19 DATED: April 2, 2010
                                              _____
20                                            SUSAN ILLSTON
                                              United States District Judge
21
22
23
24
25
26
27
28